1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE AUTOMOTIVE )   NO.  C 10 0911 MMC
   INDUSTRIES, et al.,                 )
12                                     )   ORDER CONTINUING CASE
                       Plaintiff,      )   <u>MANAGEMENT CONFERENCE</u>
13                                     )
            vs.                        )
14                                     )   AND SETTING DEADLINE TO FILE
                                       )   MOTION FOR DEFAULT
15 TGC TRUCK REPAIR, INC., a California)   JUDGMENT
   corporation doing business as TGC   )
16 24-HOUR REPAIR                      )
                                       )
17          Defendant.                 )
   _____)
18

19         IT IS ORDERED that the Case Management Conference in this

20 case set for June 11, 2010 be continued to September 10, 2010 at 10:30

21 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San

22 Francisco, CA 94102.

23         IT IS FURTHER ORDERED that plaintiffs shall file, no later than July 16, 2010, a
   motion for default judgment or a statement indicating why they should not be required to do so.
24

25 Dated:__May 28, 2010_____

26                                         _____
                                           Honorable Maxine M. Chesney
27

28



   <u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u>