```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et a.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>TGC TRUCK REPAIR, INC., etc.,<br><br>            Defendant. | NO.  C 10 0911 MMC<br><br>ORDER TO CONTINUE DATE FOR FILING A MOTION FOR DEFAULT JUDGMENT |

   IT IS ORDERED that the deadline date for filing a motion for default judgment in this case originally set for July 16, 2010 be continued to August 10, 2010.

Dated: July 28, 2010                           _____
                                                Judge Maxine M. Chesney

ORDER TO CONTINUE DATE FOR FILING A MOTION FOR DEFAULT JUDGMENT