```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TGC TRUCK REPAIR, INC., etc.,<br><br>　　　　　　　Defendant. | NO.  C 10 0911 MMC<br><br>~~(PROPOSED)~~<br>ORDER AND<br><u>DEFAULT JUDGMENT</u> |

　　　　Good cause appearing therefor, it is hereby ORDERED that default judgment be entered in favor of Plaintiffs, BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE, against defendant, TGC TRUCK REPAIR, INC., a California corporation, doing business as TGC 24-HOUR TRUCK REPAIR, as follows:

////
////
////
////
////
////

<u>ORDER AND DEFAULT JUDGMENT</u>
1

|   |   |   |
|---|---|---|
| 1. | Principal | |
|   | Contributions | $75,222.00 |
|   | Liquidated Damages | 15,080.00 |
| 2. | Interest | 3,376.27 |
| 3. | Attorneys fees | 740.00 |
| 4. | Costs | 460.00 |
| TOTAL: | | $94,878.27 |

DATED: __September 2, 2010_____

_____
JUDGE MAXINE M. CHESNEY

ORDER AND DEFAULT JUDGMENT
2