IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
AUTOMOTIVE INDUSTRIES, et al.,                No. CV-10-0911 MMC

       Plaintiffs,                **JUDGMENT IN A CIVIL CASE**

v.

TGC TRUCK REPAIR, INC., etc.,

       Defendant.
_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that default judgment be entered in favor of Plaintiffs, BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE, against defendant, TGC TRUCK REPAIR, INC., a California corporation, doing business as TGC 24-HOUR TRUCK REPAIR as follows:

    1. Principal

        Contributions                    $75,222.00

        Liquadated Damages         15,080.00

|   |   |
|---|---|
| 2. Interest | 3,376.27 |
| 3. Attorneys fees | 740.00 |
| 4. Costs | <u>460.00</u> |
| TOTAL: | <u>$94,878.27</u> |

Dated: September 2, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: <u>Tracy Lucero</u>
<u>Deputy Clerk</u>